7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Jeffrey Allen Nelson and Rhonda Ann Nelson
*Debtor*

*Bankruptcy Case No.*
09–40247–drd7

**Gary D. Barnes**
  Plaintiff(s)

*Adversary Case No.*
14–04088–drd

v.

**Rhonda Ann Nelson**
**Jeffrey Allen Nelson**
**Derek Blakesley**
**Gary D. Barnes**
  Defendant(s)

# JUDGMENT

        The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States
Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: and a judgment is GRANTED in favor of the Plaintiff and against Defendant
Jeffrey Nelson, as follows:
a) As to Count I of the Complaint, declare that (i) title ownership of the Real Property is held by Defendant Blakesley
and Debtor Rhonda Nelson as joint tenants and not as tenants in common; (ii) Debtor Rhonda Nelson owns an
undivided, one–half (1/2) interest, as joint tenants and not as tenants in common in the Real Property; (iii) Rhondas
Interest in the Real Property is property of the bankruptcy estate as defined under Section 541 of the Bankruptcy
Code; (iv) Trustee is the owner of Rhondas Interest in the Real Property on behalf of the creditor of the Bankruptcy
Estate; (v) the Trustees interest in Rhondas Interest (the Bankruptcy Estates Interest) is superior to the interests of the
Defendants; (vi) Defendant Debtor Jeffrey Nelson has no interest in the Real Property; and (vii) granting all other
relief that this Court deems just and equitable.
b) As to Count II of the Complaint, enter an Order (i) approving and authorizing the Trustee to liquidate both the
Bankruptcy Estates interest and the Defendants interest in the Real Property described above to a potential buyer on
the terms set forth herein; (ii) approving and authorizing the sale of the Real Property via online (internet) auction by
Mayo Auction & Realty, Inc.; (iii) approving and authorizing the Trustee to make the payments set forth herein from
the proceeds of the sale; (iv) awarding the Trustee his costs, including without limitation, his attorneys fees and
expenses incurred in this adversary proceeding; (v) authorizing and approving charging one–half (1/2) of the closing
costs, fees, attorney fees and expenses incurred by the Trustee in the sale of the Real Property against the one–half
(1/2) interest of Defendant Derek Blakesley at closing; and (vi) granting all other relief that this Court deems just and
equitable.



Ann Thompson
Court Executive

By: /s/ Kim McClanahan
      Deputy Clerk

Date of issuance: 10/9/14

Court to serve