7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Jeffrey Allen Nelson and Rhonda Ann Nelson<br>*Debtor* | *Bankruptcy Case No.*<br>09–40247–drd7 |
| **Gary D. Barnes**<br>    Plaintiff(s) | *Adversary Case No.*<br>14–04088–drd |
| v. | |
| **Rhonda Ann Nelson**<br>**Jeffrey Allen Nelson**<br>**Derek Blakesley**<br>**Gary D. Barnes**<br>    Defendant(s) | |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: and judgment is GRANTED in favor of the Plaintiff and against Defendant Rhonda Ann Nelson, as follows:
a) As to Count I of the Complaint, declare that (i) title ownership of the Real Property is held by Defendant Blakesley and Debtor Rhonda Nelson as joint tenants and not as tenants in common; (ii) Debtor Rhonda Nelson owns an undivided, one–half (1/2) interest, as joint tenants and not as tenants in common in the Real Property; (iii) Rhondas Interest in the Real Property is property of the bankruptcy estate as defined under Section 541 of the Bankruptcy Code; (iv) Trustee is the owner of Rhondas Interest in the Real Property on behalf of the creditor of the Bankruptcy Estate; (v) the Trustees interest in Rhondas Interest (the Bankruptcy Estates Interest) is superior to the interests of the Defendants; (vi) Defendant Debtor Jeffrey Nelson has no interest in the Real Property; and (vii) granting all other relief that this Court deems just and equitable.
b) As to Count II of the Complaint, enter an Order (i) approving and authorizing the Trustee to liquidate both the Bankruptcy Estates interest and the Defendants interest in the Real Property described above to a potential buyer on the terms set forth herein; (ii) approving and authorizing the sale of the Real Property via online (internet) auction by Mayo Auction & Realty, Inc.; (iii) approving and authorizing the Trustee to make the payments set forth herein from the proceeds of the sale; (iv) awarding the Trustee his costs, including without limitation, his attorneys fees and expenses incurred in this adversary proceeding; (v) authorizing and approving charging one–half (1/2) of the closing costs, fees, attorney fees and expenses incurred by the Trustee in the sale of the Real Property against the one–half (1/2) interest of Defendant Derek Blakesley at closing; and (vi) granting all other relief that this Court deems just and equitable.



Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 10/9/14

Court to serve